GEORGE SCHUCHMAN, Respondent, *v.* THE CLUB STABLES, Appellant.

APPEAL from a judgment in favor of plaintiff, entered upon a verdict, and from an order denying a motion for a new trial.

Scott & Treadwell (L. B. Treadwell, of counsel), for appellant.

Leventritt & Brennan, for respondent.

*Per Curiam.* The evidence clearly shows that defendant's manager, who had sole charge of its business, ordered plaintiff to render the services and furnish the materials sued for herein, and that the sum claimed was just and reasonable.

The judgment is affirmed, with costs.

Present: FITZSIMONS, Ch. J., and CONLAN, J.

Judgment affirmed, with costs.

---

ISAAC KUBIE, Respondent, *v.* MILLER BROTHERS & Co., Defendants, ALEXANDER B. SMITH, Receiver of Miller Brothers & Co., Appellant.

APPEAL from an order denying upon reargument a motion made by the receiver of the defendants to vacate a judgment entered herein by default in favor of the plaintiff on January 26, 1898.

Stiefel & Lauer (Edgar J. Lauer, of counsel), for appellant.

Einstein & Townsend (M. S. Guiterman, of counsel), for respondent.

*Per Curiam.* Order appealed from affirmed, with ten dollars costs.

Present: FITZSIMONS, Ch. J., and O'DWYER, J.

Order affirmed, with ten dollars costs.